## Case No. 4,278.

### The EDGAR BAXTER.

[8 Ben. 162.][1]

District Court, S. D. New York. June, 1875.

Beebe, Donohue & Cooke, for libellants.
Butler, Stillman & Hubbard, for respondents.

BLATCHFORD, District Judge. The evidence shows that the movements of the propeller were under the direction of a pilot who was on board of, and belonged to, and was in the employ of, the schooner. The tug furnished only the motive power, while the guidance of the two vessels, considered as one in their relations to other vessels, the schooner being lashed alongside of the tug, was under the direction of the schooner, through such pilot. Under those circumstances, the tug is not liable for the damage complained of in this case, and the libel must be dismissed, with costs.